**No. 47774.**—Protests 580288–G, etc., of Bernard Krulwich & Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question consist of "8-Bu. paper hats," known as harvest hats, the same as those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47775.**—Protests 614691–G, etc., of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47776.**—Protests 556479–G, etc., of Irving L. Hartmann & Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47777.**—Protests 877568–G, etc., of A. Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47291 the protests were sustained.

**No. 47778.**—Protests 940901–G, etc., of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are the same as those involved in Abstract 47291 the protests were sustained.

**No. 47779.**—Protests 950975–G, etc., of A. D. Cohen Co., Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the racello hats or hoods in question are not bleached, dyed, colored, or stained, and not blocked or trimmed, the claim at 25 percent under paragraph 1504 (b) (1) was sustained on the authority of Abstract 47291.